FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   DEC 15 2025   ★

LONG ISLAND OFFICE



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Jeff Panarello

_____

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Northwell Health, et al.

_____

_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. **25-cv-06909**
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes  ☐ No
*(check one)*

**Choudhury, D.J.**

**Locke, M.J.**

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                    _Jeff Panarello_
Street Address          _99 Haypark Lane_
City and County         _Commack Suffolk_
State and Zip Code      _New York 11725_
Telephone Number        _631-813-3339_
E-mail Address          _None_

_Certified mail - # 9589-0710-5270-3172-4764-10_

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

_See Exhibit A - Lot of Addresses_

Defendant No. 1

Name                    _____
Job or Title            _____
(if known)
Street Address          _____
City and County         _____
State and Zip Code      _____
Telephone Number        _____
E-mail Address          _____
(if known)

Defendant No. 2

    Name                       _____

    Job or Title
    (if known)              _____

    Street Address       _____

    City and County      _____

    State and Zip Code    _____

    Telephone Number    _____

    E-mail Address
    (if known)              _____

Defendant No. 3

    Name                       _____

    Job or Title
    (if known)              _____

    Street Address       _____

    City and County      _____

    State and Zip Code    _____

    Telephone Number    _____

    E-mail Address
    (if known)              _____

Defendant No. 4

    Name                       _____

    Job or Title
    (if known)              _____

    Street Address       _____

    City and County      _____

    State and Zip Code    _____

    Telephone Number    _____

    E-mail Address
    (if known)              _____

II.     **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

☑  State or local officials (a § 1983 claim)

☐  Federal officials (a *Bivens* claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st, 4th, 14th Amendments Americans with Disabilities Act any other that the Court would deem just and proper.

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

_____

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Northwell held plaintiff illegally, mistreated him with no legal paperwork. St any Brook (N.Y.S. enjoined by their (over →)

4

Court of Claims Motion to Dismiss that
Federal Court should hear This claim.
Therefore, Your Honor, as per N.Y.S request
we mailed it to Federal Court. Further, N.Y.S.
mistreated plaintif, held him illegally and
violated his 4th amendment rights, ADA
rights and any other rights/laws the Court
would deem just and proper, along with
Northwell Health.
Village MD √ loss/destruction of Federal (Medicare *) documents
violated the plaintyfs 4th
Amendment Rights and any other laws/rights
The Court would deem just and proper.
Gerber, Crano, Kelly, Brady, and Patel
Devine, Rob Barberich, past fourth
chilling, defamatory statements that
have violated plantifs 1st, 4th, 14th
Amendment Rights and any other rights/
laws the Court would deem just and proper.
Perry Johnson and Associates leaked false
medical reports/ medical reports of the
Plantif violating 4th Amendment, 1st, 14th
Amendments and any other rights/laws the Court
would deem just and proper.
Plantif and his lawyer Denny Tang were
electronically attacked (voice, witnesses) in
N.Y.S. Court violating 1st 4th 14th Amendment
Rights, ADA Rights and any other laws Court

* Accthial Federally Administered Medicare (not a
subsidiary) the Federal Government Medicare - Red White
and Blue Card/Government Plan, Therefore loss/destruction
of Federal Documents and/or leaking Federal Documents
(e.g. Perry Johnson and Associating - Under DOJ
investigation for Federal Crimes.

*[handwritten at top, continuing from previous page]* cannot get a lawyer due to other lawyers fear of attack/reprisal, Plaintiff was "Swatted" again on 11-20-25 9:30 am

**III. Statement of Claim** *[handwritten]* at domicile (without cause) no thing Reported to Federal Prose office,

*[handwritten right margin]* and Your Honor. 11-20-25 10:30am

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**A.** Where did the events giving rise to your claim(s) occur?

*[handwritten]* Suffolk County, N.Y. with data crossing state lines, possibly international, and more.

**B.** What date and approximate time did the events giving rise to your claim(s) occur?

*[handwritten]* Northwell/Stony Brook 4-29-20, but filed within limits as of previous Complaint, Perry Johnson 2023 part of Federal Criminal Investigation defamation

**C.** What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

*[handwritten right margin]* ongoing for all defaults

*[handwritten]* Northwell/Stony Brook Hospital held plaintiff without cause, without signed legal paperwork, denied him his inhaler, forced him to take drugs that caused his heart to race, called him names, refused to let him leave, refused to let him bathe and more, Perry Johnson and associates leaked untrue defamatory, chilling paperwork and are under Federal Investigation. (Northwell's and Stony Brooks paperwork were in there also), and more, (over→)

Village MD leaked untrue, but requested explanation of left obscular injury and being illegally held at Stony Brook Hospital and Northwell facilities, defamatory/chilling healthcare information, and more.

[Lancer Insurance
(Grabor, Cruz, Kelly, Brady, and Paul Reune/ Rob Bubach, put forth untrue, defamatory/chilling 1ˢᵗ, 4ᵀᴴ, 14ᵀᴴ Amendment Rights refused to accomodate a ADA disabled, wheelchair bound, incontinent, memory disabled Plantiff and any other laws for ~and statutes~ all defendents that the court would deem just and proper. Proper evidence exists but all defendents refuse to admit its existence* This Honorable Court has copies of all of it, more exist but plantiff is very disabled and has yet to procure it despite his disability he is trying hard. Respectfully to all.

*especially ± IME Reports, ~defense~ refusal to do requested ordered by Court ± IME, eyewitness testimony, and more.

⇒ Respectfully Judge we need to tell Court about This, Sir, Plantiff was swatted by Suffolk County (Police) on November 20, 2025 V ~again,...~ at about 9:30 am, without cause. They asked
(Note: Another party was there, they said very little, Commack Ambulance Plantiff about his case(s) and, at the end, threw in ⬛ are ⇒
yes "suicidal" ~ "homicidal"~ ⬛ we have a witness (landlord), Plantiff called 631-712-6060, pro se (federal) told them about it at about 10:30 am,

This all goes, and has, gone into reports at both agencies, it is false and misleading. Sir, Your Honor.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

At the behest of the Court we will not list them here until and if we can recover deleted evidence, but we have eyewitness testimony. With great respect to the Court, we will do what we are told. Plaintiff is being advised by counsel (anonymous) who fears reprisal, like other lawyers consulted.

## V. Relief

State briefly what you want the court to do for you.   Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

We request and require the removal of these illegal, false documents and damaging statements that have been leaked onto the World Wide Web and elsewhere, cease and desist intimidation and chilling of plaintiffs rights and any other damages and restitution that the Court would deem just and proper. Injunctions, Removal of Illegal Documents and Monetary (TBD).

That Suffolk County stop intimidating plaintiff

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

(witness) cause swatting again 11-20-25 @ 1:30am with witness

Sir, Your Honor,

This is how someone kills a plaintiffs case(s) and civil rights, by false, illegal records, filed and free for the world to see (Freedom of Information Act). Leaks, Internet, talking

A.      **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-8, 2025

Signature of Plaintiff _____

Printed Name of Plaintiff _Jeff Panarello_____

under advancmnt, detatran, of carced
to disabled plantrf, under 4 th
Amdmnt, SM, Tax Hand.

7

Keith Kramer - <u>Personally and Professionally</u>
c/o Suffolk County Lawyers
100 Veto Hwy
Hauppauge, N.Y. 11788

Mr. Pqpkoski - <u>Personally and Professionally</u>
c/o Suffolk County Lawyers
100 Veto Hwy
Hauppauge, NY 11788

Mr. Smith - <u>Personally and Professionally</u>
c/o Suffolk County Lawyers
100 Veto Hwy
Hauppauge, N.Y. 11788

_____ Insurance
320 W. Park Ave.
c/o Legal dept
_____ Beach, N.Y. ~~11758~~ 11561

Village MD ( formerly
             c/o MD /
             Summit MD )
125 South Clark Street
Chicago, IL 60603
=> Possibly merge w/ Warburg /
                      Pincus
N.Y.S. Attorney General
300 Motor Parkway
Suite 230
Hauppauge, N.Y. 11788

_____, Crow, Kelly, Brady *
P.O. Box 1060
Buffalo, N.Y. 14201

_____ Ambulance
10 - Box 819
_____, N.Y. 11725  ↓

* Paul Dean / Rob Bohosh

Perry Johnson and Assoc.
~~_____~~ 755 W. Big Beaver Rd
Suite 1300
Troy, MI 48084

Northwell Health - Law dept
2000 Marcus Ave
N. New Hyde Park, N.Y.
                  11042 - 1069

(Exhibit A)-List of Addresses

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____ X

Jeff Paradello

                    Plaintiff,                    Affirmation of Service

          -against-

Suffolk County, et.al,                    25 cv 03754 (DSC)(SIL)
Northwell Health, et.al.
                    Defendant.
_____ X


I, ___Jeff Paradello___ , declare under penalty of perjury that I have

served a copy of the attached Letter to the Honorable Court -
Request for a Meeting to be held.
upon ___Suffolk County Lawyers___

whose address is: ___100 Vets Highway___

___Hauppauge, N.Y. 11788___ —(8/5-8/5), 9/7, 9/8, 9/9) Omit it
Dated: ___List___
                    , New York
                                                  List
                                         _____
US. District Court East    Sent         Signature
100 Federal Plazer         to           99 Hzynek Line
Central Blvp, Nov 11722    NOT          _____
                           Deface       Address
N.Y.S Supreme Court                      Komack, N.Y. 11725
1 Court Street                          City, State, Zip Code
Rockland, NY 11901

                                         (OVER PLESE) ⟹

U.S. POSTAGE PAID
FCM LG ENV
EAST NORTHPORT
NY 11731
DEC 10, 2025
$11.60
S2324E50178T-27

Retail

RDC 99

11722

CERTIFIED MAIL

9589 0710 5270 3172 4764 10

Jeff Paravello
9 9 Bayside Lane
Commack, NY 11725

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  DEC 15 2025  ★

LONG ISLAND OFFICE

United States District Court
East
100 Federal Plaza
Central Islip, NY 11722